IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOMINIQUE T. WARREN                                                                            PLAINTIFF
ADC #145224

V.                                        NO: 5:15CV00128 DPM/JWC

GERALD ROBINSON *et al*                                                                        DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

Plaintiff Dominique T. Warren filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on April 22, 2015.  On April 29, 2015, Plaintiff filed a motion to voluntarily dismiss his complaint (docket entry #5).  For good cause shown, the motion should be granted.  While counsel Nicholas

Rudolph Windle has filed a notice of appearance on behalf of Defendants (doc. 4), no responsive pleading to the complaint has been filed.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's motion to voluntarily dismiss his complaint (docket entry #5) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE