IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOMINIQUE T. WARREN                                                    PLAINTIFF
ADC #145224
v.                              No. 5:15-cv-128-DPM-JWC

GERALD ROBINSON, Sheriff;
GREG BOLIN, Chief; TYRA TYLER, Major;
and EDWARD ADAMS                                                     DEFENDANTS

ORDER

Unopposed recommendation, № 6, adopted. Motion, № 5, granted. An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2015