## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DOMINIQUE T. WARREN                                              PLAINTIFF
ADC #145224
v.                              No. 5:15-cv-128-DPM

GERALD ROBINSON, Sheriff;
GREG BOLIN, Chief; TYRA TYLER, Major;
and EDWARD ADAMS                                               DEFENDANTS

## JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_28 May 2015_